FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2017 JUN -7 PM 3:49

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

BY_____DEP. CLK

Salam Abbas Aziz , Plaintiff,

v. 7524 E 121st Pl, Thornton Co - 80602

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

1. Kieser Medica Center West , Defendant(s).
1124 Huron St - Westminster Co - 80234
(List each named defendant on a separate line.)

2. Thornton Police Dept  9551 Civic Center Dr.
Thornton - Co - 80229

COMPLAINT

(Rev. 07/06)

- 1 -

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Your Honor

My name is Salam Abbas Aziz. I came to this country more than twenty years ago. I am a father of four kids. I worked as a teacher in my country Iraq for more than sixteen years. When I entered this country I started to work as a janitor, working in gas stations and Donut shops. Later I became a truck driver till today. I lived very freely all the way till after September first 2001 terrorist attack. Since then I am suffering from the following issues:

1 - Police is chasing me from one place to another.
2. my phone and are tapped since today.
3. Since 2008 - Police is using high tech camera that are seeing my private life in my house till today.
4 - listening devices are hooked up to my car, my truck my house till today.
5. In the airports I am checked as if I am a bom.
6 - Since 2013, when I bough a house in 1354 E 100th Ave. Thornton.

police used high tech devices in my house to torture me and kill me. That operation was sending signals to my head causing pain in the center of my

(Rev 07/06)  4

- 2 -

## THIRD CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

head and also causing mini type of strok to my head. Police used that system in my truck, and in my workplace in 1933 E Tower Rd. Aurora co 80011.

7- Police used planes to send signals to my head as a torture operation when I was driving my truck between December 2013 and April 2014.

8- Police were talegating me when I was driving my truck and they were using the same system, they were using it in my house and in my work place to cause me mini type of stroke.

at the beginning May 2015 I went to Kieser to see my doctor to tell her about my situation. She sent me to cat-scanning for my head. I did do the cat scaning, after few days. Some one from the Kieser called me I got to see some one from my doctors office. I went, some ladys overthere told me in a sad tone that I have to see neurologist and a mental heath doctor. The day was

was Friday. on monday some one from the Kieser called me I had to do blood test and not going to see neurologist and mental health doctor. I did the blood test. In few days some one from my doctor office said I got to see her. I did. The doctor said you are O.K." yo never had any stroke or ane heath damage to your brain. You are good"

Your Honor
I have been with kiese for almost two decades in this country. whenever you do a cat scan or any other screening, when the employees call you and advise you to see a specialist, that means there is a damage in your health. Over the last sixteen years I realized police establishment can use any other establishment to cooperate with them except the court system. I am afraid the doctors gave me wrong or false information about my health. I spoke to attorneys, to Human right people, International amnesty—America, Aclu, and even the democratic congress of Thornton area— None of them helped me. when because police establishment is very

strong and they can valganize any one against any one they "police" think that guy is a suspect, except the courts in this country is not using their eyes to judge, they use the law and spirit of the law. The Court in this country impeache President Clinton, and stopped President trum from proventing some people from some countrygies to enter this country.

-5-

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

1- I need help from the court to send me for another Cat-scan on my head, because I am dying, under the supervision of the court

2- Ploice should move the system, camera that seeing my private life in my house. It's against every values and principles

3- listening devices and phone tapping that are going on for 16 years should stop

4- mind reading system in my house and in my truck should stop

5- police should provide their document and proofs that proves I am a dangerous person, need to be put on the watch list.

6- I need police establishment and if Kieser is also sharing them wrong doing and police torturing over tye of compensation the law will allow it

7- I need a hep from the court find me an attorney to represent me in this case, because Polic never allowed any attorney to represent me at least 80% of those who refused, police never allowed them to represent me. I will explain that in the court.

Date: 6/7/17

(Plaintiff's Original Signature)

7524 E 121st pl-
(Street Address)

Thornton, Co - 80602
(City, State, ZIP)

720-421-9975
(Telephone Number)

Home Phon 720-542-3280